UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MAGISTRATE NO. 2:16mj6049-1 |
| | : | |
| v. | : | |
| | : | ORDER |
| SYED QASIM ABBAS | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this __5__ day of __April__, 2016,

ORDERED that __Lisa Mack, Esq.__ from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant for today only.

_____
Steven C. Mannion
United States Magistrate Judge